STATE OF CONNECTICUT *v.* TROY THOMAS

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 542 (AC 26595), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert J. McKay,* in support of the petition.

Decided January 25, 2007

ROBERT SMITH *v.* COMMISSIONER OF
CORRECTION

The petitioner Robert Smith's petition for certification for appeal from the Appellate Court, 98 Conn. App. 690 (AC 26622), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Anthony E. Parent,* special public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided January 25, 2007